*SUPPRESSED*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAY 0 6 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **4:26-cr-00221-CMS/NCC** |
| | ) | |
| SAMUEL STEWART, | ) | |
| ROYCE FINGER, | ) | |
| DAVID SIMS, | ) | |
| CYNTHIA CONNER, | ) | |
| JOSE MARTI, | ) | |
| RYAN EWALD, | ) | |
| LISA TACA, | ) | |
| and | ) | |
| CHRISTOPHER BROWN, | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges that, at all times relevant to the Indictment:

## INTRODUCTION

1.      Beginning at least as early as November 2024 through in or about January 2026, the defendants, **Samuel Stewart** ("Stewart"), **Royce Finger** ("Finger"), **David Sims** ("Sims"), **Cynthia Conner** ("Conner"), **Jose Marti** ("Marti"), **Ryan Ewald** ("Ewald"), **Lisa Taca** ("Taca"), and **Christopher Brown** ("Brown"), stole thousands of dollars by fraudulently depositing stolen Treasury checks at various banks in the Eastern District of Missouri and elsewhere.

2.      Great Southern Bank, Lindell Bank, Montgomery Bank, Prairie State Bank & Trust, American Bank of Freedom, Commercial Bank, and Charles Schwab Bank were all financial institutions within the meaning of 18 U.S.C. § 20.

3.      A Treasury check is an official payment issued by the United States Department of

the Treasury and is drawn directly against the funds of the United States government.  Treasury checks are issued and sent to individuals to pay various obligations of the United States, such as income tax refunds, Social Security benefits, and Veterans Affairs benefits.  Both the name and address of the intended payee appear on the face of the Treasury check.

## COUNT 1
### (18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud)

4.    The previous allegations in this Indictment are incorporated by reference as though fully set forth herein.

5.    Beginning at least as early as November 2024 through in or about January 2026, in the Eastern District of Missouri and elsewhere, the defendants,

**SAMUEL STEWART,**
**ROYCE FINGER,**
**DAVID SIMS,**
**CYNTHIA CONNER,**
**JOSE MARTI,**
**RYAN EWALD,**
**LISA TACA,**
**and**
**CHRISTOPHER BROWN,**

voluntarily and intentionally joined in an agreement with others known and unknown to the Grand Jury, knowing the purpose of the agreement was to  knowingly attempt to execute a scheme and artifice to defraud and to obtain moneys, funds, credits, asset, securities, or other property owned by, or under the custody or control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1344.

All in violation of Title 18, United States Code, Section 1349.

2

## Purpose of the Conspiracy

6.    It was the purpose of the conspiracy for Stewart, Finger, Sims, Conner, Marti, Ewald, Taca, and Brown, ("the defendants") to unlawfully enrich themselves by opening bank accounts under false identities, depositing stolen Treasury checks, and then withdrawing the funds.

## Manner and Means of the Conspiracy

7.    The bank fraud conspiracy was carried out by the defendants in the following manner:

8.    As part of the bank fraud conspiracy, Defendants Stewart and Finger recruited homeless or vulnerable persons to falsely portray the payee on stolen Treasury checks. The defendants did so for the purpose of stealing money from banks in the Eastern District of Missouri.

9.    Beginning at least as early as November 2024 through in or about January 2026, Defendants Stewart and Finger received Treasury checks stolen from individuals in Florida, Minnesota, California, and Tennessee, and created fraudulent identification documents, such as U.S. Passport Cards and driver's licenses in the name of the payee, putting the picture of the other defendants on those identifications.

10.    Defendants Stewart and Finger provided transportation to and from the banks, housing, and clothing, in exchange for Defendants Sims, Conner, Marti, Ewald, Taca, and Brown opening accounts at various banks and depositing the stolen Treasury checks.

11.    Defendants Sims, Conner, Marti, Ewald, Taca, and Brown were coached by Defendants Stewart and Finger to answer potential questions from bank employees about why the accounts were opened and checks deposited in the St. Louis area, when the payee address listed on the face of the Treasury check was not in Missouri.

3

12. The defendants told bank employees that they had relocated to the St. Louis area and presented false utility bills and false identifications to open accounts under the Treasury check payee's name.

13. After depositing the stolen Treasury checks, the defendants attempted to write checks or use debit cards to withdraw the money.

14. On or about April 8, 2025, Defendants Stewart and Finger provided Defendant Sims with the false identification of M.C., along with a stolen Treasury check payable to M.C. and R.C. in the amount of $937,890.96. Defendant Sims, using a fraudulent U.S. Passport Card in the name of M.C., opened an account at Charles Schwab Bank and deposited the stolen Treasury check. The defendants then caused the withdrawal of $597,890.96 from the account.

15. On or about April 11, 2025, Defendants Stewart and Finger provided Defendant Sims with a fraudulent U.S. Passport Card and Minnesota driver's license in the name of the D.M., along with a stolen Treasury check payable to D.M. in the amount of $14,397.00. Defendant Sims, utilizing the false identification of D.M., opened an account at Great Southern Bank and deposited the stolen Treasury check.

16. On or about July 21, 2025, Defendants Stewart and Finger provided Defendant Sims with a fraudulent U.S. Passport Card in the name of P.L., along with a stolen Treasury check payable to P.L. in the amount of $669,185.31. Defendant Sims, utilizing the false identification of P.L., opened an account at Montgomery Bank and deposited the stolen Treasury check. Under the direction of Defendants Stewart and Finger, Defendant Sims returned to Montgomery Bank and withdrew $6,500.00 from the account.

17. On or about July 1, 2025, Defendants Stewart and Finger provided Defendant Sims with a fraudulent U.S. Passport Card in the name of R.S., along with a stolen Treasury check

4

payable to "MSC," a company owned by R.S. in the amount of $882,528.29. Defendant Sims, utilizing the false identification of R.S., opened an account at Lindell Bank and deposited the stolen Treasury check. Under the direction of Defendants Stewart and Finger, Defendant Sims withdrew $93,071.66 from the account.

18.    On or about August 5, 2025, Defendants Stewart and Finger provided Defendant Marti with a fraudulent U.S. Passport Card in the name of E.A., along with a stolen Treasury check payable to E.A. in the amount of $69,588.58. Defendant Marti, utilizing the false identification of E.A., opened an account at American Bank of Freedom and deposited the stolen Treasury checks.

19.    On or about September 17, 2025, Defendants Stewart and Finger provided Defendant Marti with two additional Treasury checks payable to E.A. in the amounts of $102,664.72 and $113,467.76. Defendant Marti deposited these Treasury checks into the previously opened account at American Brank of Freedom utilizing the false identification of E.A. Defendants Marti, Stewart, and Finger withdrew $160,928.95 from the account through wire transfers, checks, and counter withdrawals.

20.    On or about November 14, 2025, Defendants Stewart and Finger provided Defendant Brown with the fraudulent U.S. Passport Card in the name of Z.D., along with a stolen Treasury check payable to Z.D. in the amount of $95,505.88. Defendant Brown, utilizing the false identification of Z.D., opened an account at Commercial Bank and deposited the stolen Treasury check.

21.    On or about December 26, 2025, Defendants Stewart and Finger provided Defendants Ewald and Taca with a fraudulent U.S. Passport Card in the name of O.C. and a fraudulent U.S. Passport Identification Card in the name of M.D., along with a stolen Treasury check payable to O.C. and M.D. in the amount of $402,292.22. Defendant Ewald and Taca

utilizing the false identifications of O.C. and M.D. opened an account at Prairie State Bank & Trust and deposited the stolen Treasury check.  Defendants Stewart and Finger directed Defendants Ewald and Taca to withdraw cash from the account in the amount of $20,000.

In total, the defendants deposited and attempted to withdraw funds using stolen Treasury checks totaling at least $3.4 million.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 THROUGH 7
### (18 U.S.C. § 1344: Bank Fraud)

22.    The above allegations are realleged and incorporated by reference as if fully set forth herein.

23.    On or about the dates set forth below, in the Eastern District of Missouri, and elsewhere, the defendants listed below, executed and attempted to execute the scheme and artifice described above, to defraud a financial institution as defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, in that they submitted and caused to be submitted fraudulently endorsed Treasury checks for deposit, as described below for each count, each submission constituting a separate count:

| Count | Defendant(s) | Date | Fraudulent Deposit |
|---|---|---|---|
| 2 | Defendant Stewart<br>Defendant Finger<br>Defendant Sims | 4/8/2025 | Opened account at Charles Schwab Bank under false identity of M.C., depositing Treasury check in the amount of $937,890.96 |
| 3 | Defendant Stewart<br>Defendant Finger<br>Defendant Sims | 4/11/2025 | Opened account at Great Southern Bank under false identity of D.M., depositing Treasury check in the amount of $14,397.00 |
| 4 | Defendant Stewart<br>Defendant Finger<br>Defendant Sims | 7/1/2025 | Opened account at Lindell Bank under false identity of R.S., depositing Treasury check in the amount of $882,528.29 |

6

| Count | Defendant(s) | Date | Fraudulent Deposit |
|---|---|---|---|
| 5 | Defendant Stewart Defendant Finger Defendant Sims | 7/21/2025 | Opened account at Montgomery Bank under false identity of P.L., depositing Treasury check in the amount of $669,185.31 |
| 6 | Defendant Stewart Defendant Finger Defendant Marti | 8/5/2025 | Opened account at American Bank of Freedom under false identity of E.A., depositing Treasury check in the amount of $69,588.58 |
| 7 | Defendant Stewart Defendant Finger Defendant Brown | 11/14/2025 | Opened account at Commercial Bank under false identity of Z.D., depositing Treasury check in the amount of $95,505.88 |

All in violation of Title 18, United States Code, section 1344.

## COUNTS 8 THROUGH 17
### (18 U.S.C. § 1708: Possession of Stolen Mail)

24.     Each of the above allegations is hereby incorporated by reference as if fully set forth herein.

25.     On or about the dates listed below, within the Eastern District of Missouri, the defendants listed below did knowingly and unlawfully possess U.S. mail which had been stolen, taken and abstracted from any letter or mail carrier, post office, letter box, mail receptacle, and any other authorized depository for mail matter, knowing the same to have been stolen, taken and abstracted, as described below for each count, each submission constituting a separate count:

| Count | Defendant(s) | Date | Stolen Mail |
|---|---|---|---|
| 8 | Defendant Stewart Defendant Finger Defendant Sims | 4/8/2025 | Treasury Check made payable to M.C. and R.C. in the amount of $937,890.96 |
| 9 | Defendant Stewart Defendant Finger Defendant Sims | 4/11/2025 | Treasury Check made payable to D.M. in the amount of $14,397.00 |
| 10 | Defendant Stewart Defendant Finger Defendant Sims | 7/1/2025 | Treasury Check made payable to MSC Cruises USA LLC and owned by R.S., in the amount of $882,528.29 |
| 11 | Defendant Stewart Defendant Finger Defendant Conner | 7/11/2025 | Treasury Check made payable to S.W. in the amount of $155,719.42 |

7

| Count | Defendant(s) | Date | Stolen Mail |
|---|---|---|---|
| 12 | Defendant Stewart Defendant Finger Defendant Sims | 7/21/2025 | Treasury Check made payable to LHP Capital LLC and owned by P.L. in the amount of $669,185.31 |
| 13 | Defendant Stewart Defendant Finger Defendant Marti | 8/5/2025 | Treasury Check made payable to E.A in the amount of $69,588.58 |
| 14 | Defendant Stewart Defendant Finger Defendant Marti | 9/17/2025 | Treasury Check made payable to E.A in the amount of $102,664.72 |
| 15 | Defendant Stewart Defendant Finger Defendant Marti | 9/17/2025 | Treasury Check made payable to E.A in the amount of $113,467.76 |
| 16 | Defendant Stewart Defendant Finger Defendant Brown | 11/14/2025 | Treasury Check made payable to Z.D. in the amount of $95,505.88 |
| 17 | Defendant Stewart Defendant Finger Defendant Ewald Defendant Taca | 12/26/2025 | Treasury Check made payable to O.C. and M.D. in the amount of $402,292.22 |

All in violation of Title 18, United States Code, Section 1708.

## COUNTS 18 THROUGH 25
### (18 U.S.C. § 1028A: Aggravated Identity Theft)

26. Each of the above allegations is hereby incorporated by reference as if fully set forth herein.

27. On or about the dates listed below, in the Eastern District of Missouri, the defendants listed below did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, bank fraud, in violation of 18 U.S.C. § 1344, knowing that the means of identification belonged to another actual person, as described below, in that the defendants listed below used or caused to be used the means of identification listed below in order to submit or cause to be submitted fraudulent bank account applications, as described below for each count, each submission constituting a separate count.

8

| Count | Defendant(s) | Date | Means of Identification |
|---|---|---|---|
| 18 | Defendant Stewart<br>Defendant Finger<br>Defendant Sims | 4/8/2025 | The name of M.C. on a United States Passport Card and in an application for an account at Charles Schwab Bank |
| 19 | Defendant Stewart<br>Defendant Finger<br>Defendant Sims | 4/11/2025 | The name of D.M. on a United States Passport Card and in an application for an account at Great Southern Bank |
| 20 | Defendant Stewart<br>Defendant Finger<br>Defendant Sims | 7/1/2025 | The name of R.S. on a United States Passport Card and in an application for an account with Lindell Bank |
| 21 | Defendant Stewart<br>Defendant Finger<br>Defendant Sims | 7/21/2025 | The name of P.L. on a United States Passport Card and in an application for an account with Montgomery Bank |
| 22 | Defendant Stewart<br>Defendant Finger<br>Defendant Marti | 8/5/2025 | The name of E.A. on a United States Passport Card and in an application for an account with American Bank of Freedom |
| 23 | Defendant Stewart<br>Defendant Finger<br>Defendant Brown | 11/14/2025 | The name of Z.D. on a United States Passport Card and in an application for an account with Commercial Bank |
| 24 | Defendant Stewart<br>Defendant Finger<br>Defendant Ewald | 12/26/2025 | The name of O.C. on a United States Passport Card and in an application for an account with Prairie State Bank & Trust |
| 25 | Defendant Stewart<br>Defendant Finger<br>Defendant Taca | 12/26/2025 | The name of M.D. on a United States Passport Card and in an application for an account with Prairie State Bank & Trust |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**COUNTS 26 THROUGH 33**
**(18 U.S.C. § 510(a): Forging Endorsement on Treasury Checks)**

On or about the dates listed below, within the Eastern District of Missouri, the defendants listed below, with intent to defraud, did falsely make and forge on a Treasury check of the United States with a face value listed below, the endorsement as described below, the said check with the falsely made and forged endorsement being Number, over Symbol Number, and dated as listed below:

| Count | Defendant | Check Date | Endorsed Name | Check Number | Symbol Number | Face Value |
|---|---|---|---|---|---|---|
| 26 | Defendant Sims | 2/14/2025 | M.C. | 59633455 | 4045 | $937,890.96 |
| 27 | Defendant Sims | 3/18/2025 | R.S. | 62402967 | 4045 | $882,528.29 |

9

| Count | Defendant | Check Date | Endorsed Name | Check Number | Symbol Number | Face Value |
|---|---|---|---|---|---|---|
| 28 | Defendant Sims | 5/20/2025 | P.L. | 71298954 | 4045 | $699,185.31 |
| 29 | Defendant Conner | 6/6/2025 | S.W. | 72070920 | 4045 | $155,719.42 |
| 30 | Defendant Marti | 5/20/2025 | E.A. | 71333970 | 4045 | $ 69,588.58 |
| 31 | Defendant Marti | 5/20/2025 | E.A. | 71354472 | 4045 | $113,467.76 |
| 32 | Defendant Marti | 5/20/2025 | E.A. | 71354471 | 4045 | $102,664.72 |
| 33 | Defendant Brown | 8/8/2025 | Z.D. | 74498396 | 4045 | $95,505.88 |

All in violation of Title 18, United States Code, Sections 510 (a)(1) and (2).

## COUNTS 34 THROUGH 42
### (18 U.S.C. § 510(b): Forging Endorsement on Treasury Checks)

28. On or about the dates listed below, within the Eastern District of Missouri, the defendants,

**SAMUEL STEWART,**
**and**
**ROYCE FINGER,**

did knowingly buy, sell, exchange, receive, deliver, retain, and conceal Treasury checks that were stolen or bears a falsely made or forged endorsement or signature, having a value of more than $1,000, as listed below:

| Count | Check Date | Endorsed Name | Check Number | Symbol Number | Face Value |
|---|---|---|---|---|---|
| 34 | 2/7/2025 | O.C. & M.D. | 59335367 | 4045 | $402,292.22 |
| 35 | 2/14/2025 | M.C. & R.C. | 59633455 | 4045 | $937,890.96 |
| 36 | 3/18/2025 | R.S. | 62402967 | 4045 | $882,528.29 |
| 37 | 5/20/2025 | E.A. | 71333970 | 4045 | $69,588.58 |
| 38 | 5/20/2025 | E.A. | 71354471 | 4045 | $102,664.72 |
| 39 | 5/20/2025 | E.A. | 71354472 | 4045 | $113,467.76 |
| 40 | 5/20/2025 | P.L. | 71298954 | 4045 | $669,185.31 |
| 41 | 6/6/2025 | S.W. | 72070920 | 4045 | $155,719.42 |
| 42 | 8/8/2025 | Z.D. | 74498396 | 4045 | $95,505.88 |

In violation of Title 18, United States Code, Sections 510(b).

## FORFEITURE ALLEGATION

The Grand Jury further alleges there is probable cause that:

10

1.      The allegations contained in Counts 1 through 42 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.      Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all property constituting, and derived from, and traceable to, proceeds obtained, directly or indirectly, as a result of defendant's violations of Title 18, United States Code, Sections 371, 1344, 1708, 1028A, and 510.

3.      If any of the property described above, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

JOLENE TAAFFE #56946MO
Special Assistant United States Attorney

11